# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

### JUNE SESSION, 1999

FILED

July 12, 1999

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | C.C.A. NO. 02C01-9810-CR-00303 |
| | ) | |
| Appellee, | ) | |
| | ) | SHELBY COUNTY |
| V. | ) | |
| | ) | |
| | ) | HON. CHRIS CRAFT, JUDGE |
| CHRISTIE THOMAS, | ) | |
| | ) | |
| Appellant. | ) | (ASSAULT) |


FOR THE APPELLANT:

A. C. WHARTON
District Public Defender

TONY M. BRAYTON
Assistant Public Defender
Criminal Justice Center, Suite 201
201 Poplar Avenue
Memphis, TN 38103

FOR THE APPELLEE:

PAUL G. SUMMERS
Attorney General & Reporter

R. STEPHEN JOBE
Assistant Attorney General
2nd Floor, Cordell Hull Building
425 Fifth Avenue North
Nashville, TN 37243

JOHN W. PIEROTTI
District Attorney General

JERRY KITCHEN
Assistant District Attorney General

DAN BYER
Assistant District Attorney General
Criminal Justice Center, Suite 301
201 Poplar Avenue
Memphis, TN 38103


OPINION FILED _____

AFFIRMED PURSUANT TO RULE 20

THOMAS T. WOODALL, JUDGE

# **ORDER**

In this case, the Defendant, Christie Thomas, has appealed as of right from the trial court's decision declining to grant her request for judicial diversion pursuant to Tennessee Code Annotated section 40-35-313. Upon a plea of <u>nolo contendere</u> to the offense of misdemeanor assault, the Defendant was sentenced to serve sixty (60) days, which was suspended, and was placed on probation for eleven (11) months, twenty-nine (29) days.

We have reviewed the record and find that the trial court did not abuse its discretion in declining to grant judicial diversion to Defendant pursuant to Tennessee Code Annotated section 40-35-313. The evidence does not preponderate against the finding of the trial judge, and no error of law requiring a reversal of the judgment is apparent on the record. Accordingly, the judgment of the trial court is affirmed in accordance with Rule 20 of the Court of Criminal Appeals of Tennessee.

_____
THOMAS T. WOODALL, Judge

CONCUR:


_____
DAVID H. WELLES, Judge


_____
NORMA McGEE OGLE, Judge

-2-